REVA S. HILLIGAS, an Infant, by HAROLD A. SPENCER, Her Guardian ad Litem, Appellant, v. FREDERICK HILLIGAS and Another, Respondents.—Appeal dismissed, without costs, upon stipulation filed. ·Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ORRIN E. DUNLOP, Respondent, v. EDWARD B. HAROLD, Appellant.— Order reversed and order granted overruling objections and allowing defendant to allege in his answer same facts as a defense, without costs. (See Rules Civ. Prac. rules 107 and 108.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of LAVINA FIDLER, an Alleged Incompetent Person.— Order reversed, without costs, and order granted, referring the question of residence to Hon. Irving R. Devendorf, official referee, to take the proof and report the same with his opinion thereon to the Courty Court in aid of the motion. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

FORT SCHUYLER FARMS, INCORPORATED, Respondent, v. HARRY FISCHBACH, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Estate of HOWARD JESSMORE, Deceased.— Decreed affirmed, with costs, on the ground that even under the proof adduced by the appellant, her right to possession of the key was simply as agent for the deceased and did not survive his decease. No question as to the title or right to possession of the contents of the safe deposit box is involved in this proceeding. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of CHARLES A. PECK and Others, as Surviving Executors, etc., of GEORGE H. WILSON, Deceased. — Decree, so far as appealed from, affirmed, with costs to respondents payable out of the estate. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.